IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ALEJANDRO HUERTA GARCIA, | § § § | |
| *Petitioner,* | § § | |
| VS. | § § § | |
| BRET BRADFORD, Field Office Director of Enforcement and Removal Operations, Houston Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; ALEXANDER SANCHEZ, Warden of IAH Secure Adult Detention Center | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:26-cv-00012 JUDGE MICHAEL J. TRUNCALE |
| *Respondents.* | § § | |

## ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL OF HABEAS PETITION WITHOUT PREJUDICE

Before the Court is Petitioner's Motion for Voluntary Dismissal of Habeas Petition Without Prejudice. [Dkt. 2]. Petitioner files the present motion voluntarily dismissing his Petition for Writ of Habeas Corpus without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). After considering Petitioner's motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Petitioner's Motion for Voluntary Dismissal of Habeas Petition Without Prejudice [Dkt. 2] is hereby **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that all attorney's fees and costs are taxed against the Party incurring same, that all Court dates and deadlines are hereby **VACATED,** and all other pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 10th day of February, 2026.**

Michael J. Truncale
United States District Judge